IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2188-AP**

**CONNIE L. CASTINE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Reopen (doc. #15), filed August 29, 2007. The motion is **GRANTED**. This civil action is REOPENED for review by the court. The Joint Case Management Plan is due on or before September 18, 2007.

Dated:  August 29, 2007

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT