IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02188-AP

**CONNIE L. CASTINE,**

    **Plaintiff,**

    v.

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Luke A. Brennan, Esq.
    422 White Avenue, Suite 323
    Grand Junction, CO 81501
    Telephone: (970) 245-8021
    Fax: (970) 245-0590
    E mail: Luke@gllblaw.com

    For Defendant:
    Bonnie E. Sims
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    Telephone: (303) 844-7278
    Fax: (303) 844-0770
    E mail: bonnie.sims@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:**   October 31, 2006

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** November 27, 2006

    **C.**    **Date Answer and Administrative Record Were Filed:** August 29, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

None.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** November 9, 2007

    B.    **Defendant's Response Brief Due:** December 10, 2007

    C.    **Plaintiff's Reply Brief Due:** December 18, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( X) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    (  ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 18th day of <u>September</u>, 2007.

                            BY THE COURT:

                            *S/John L. Kane*
                            U.S. DISTRICT COURT JUDGE

APPROVED:

| | UNITED STATES ATTORNEY |
|---|---|
| s/Luke A. Brennan<br>Luke Brennan, Esq.<br>422 White Avenue, Suite 323<br>Grand Junction, Colorado 81501<br>Telephone:  (970) 245-8021<br>FAX: (970) 245-0590<br>e mail: luke@gllblaw.com<br>Attorney for Plaintiff Connie L. Castine | s/Bonnie E. Sims<br>By: Bonnie E. Sims<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-7278<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br>Attorney for Defendant(s) |