# MEMORANDUM

**DATE**: October 17, 2008

**TO**: File 06-cv-02188-LTB

**FROM**: Judge Babcock      s/LTB

**CASE NAME**: Castine v. Astrue


    Plaintiff may proceed in forma pauperis on appeal.